IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
AT ADMIRALTY

| | |
|---|---|
| In the Matter of the Complaint of )<br>Karl and Luca Gruber, as Owners )<br>of a 1988 15' Boston Whaler )<br>Vessel (HIN # BWC3015HE888) )<br>For Exoneration from or Limitation )<br>of Liability )<br>_____) | CIVIL ACTION NO.  2:25-cv-12383-RMG |

I, David M. Collins, first being duly sworn, depose and say as follows:

1. I am a member of the firm of Womble Bond Dickinson (US) LLP and am acting as the attorney for the Plaintiffs.  I have read the foregoing Complaint and know the contents thereof and the same is true to the best of my knowledge, except as to the matters therein stated to be on information and belief, and as to those matters, I believe them to be true.

2. The sources of my information and the grounds of my belief are the statements and documents furnished to me by the Plaintiffs.

3. The reason this Verification is not made by the Plaintiff Karl Gruber is that he is a citizen and resident of the United States Virgin Islands and is not presently within this District.

4. The reason this Verification is not made by the Plaintiff Luca Gruber is that he is a

student resident of the State of Idaho and is not presently within this District.

FURTHER AFFIANT SAYETH NOTHING.

_____
DAVID M. COLLINS

Sworn to and subscribed

before me this 9th day

of September, 2025.

CAROL B. CASEY
Notary Public, South Carolina
My Commission Expires
March 1, 2029