IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
AT ADMIRALTY

| | |
|---|---|
| In the Matter of the Complaint of ) <br> Karl and Luca Gruber, as Owners ) <br> of a 1988 15' Boston Whaler ) <br> Vessel (HIN # BWC3015HE888) ) <br> For Exoneration from or Limitation ) <br> of Liability ) <br> _____ ) | CIVIL ACTION NO. 2:25-cv-12383-RMG |

PETITIONERS' ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES

The Plaintiffs/Petitioners, Karl and Luca Gruber, answering Local Rule 26.01 Interrogatories would say as follows:

    A.    State the full name, address and telephone numbers of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

ANSWER:

    Not applicable.

    B.    As to each claim, state whether it should be tried jury or nonjury and why.

ANSWER:

    This matter has been designated as an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and thus must be tried nonjury.

    C.    State whether the party submitting these responses is a publicly-owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner or affiliate; (2) each publicly-owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly-owned company in which the party owns ten percent or more of the outstanding shares.

ANSWER:

    Not applicable.

    D.    State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

ANSWER:

    The Petitioners' Vessel is located within this division and the events giving rise to the Petition occurred therein.

    E.    Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which may be related regardless of whether they are still pending.  Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

WBD (US) 4914-8528-5223v1

ANSWER:

The Petitioners are not aware of any potentially related cases in this District.

WOMBLE BOND DICKINSON (US), LLP

By: <u>S/David M. Collins</u>
David M. Collins, Fed. ID No. 223
5 Exchange Street
P.O. Box 999
Charleston, SC  29401
Phone:  (843) 722-3400
Fax:  (843) 723-7398
Email:  David.collins@wbd-us.com

Attorneys for Plaintiffs/Petitioners

Dated: September 9, 2025

Charleston, SC