IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
AT ADMIRALTY

| | |
|---|---|
| In the Matter of the Complaint of ) | CIVIL ACTION NO. 2:25-cv-12383-RMG |
| Karl and Luca Gruber, as Owners ) | |
| of a 1988 15' Boston Whaler ) | |
| Vessel (HIN # BWC3015HE888) ) | |
| For Exoneration from or Limitation ) | |
| of Liability ) | |
| _____ ) | |

STIPULATION FOR VALUE AND FOR COSTS

WHEREAS, Plaintiffs/Petitioners Karl and Luca Gruber, as the owner and owner *pro hac vice* of a 1988 15' Boston Whaler Vessel (HIN # BWC3015HE888) (the "Vessel"), have, through their attorneys, filed a Complaint for Exoneration from or Limitation of Liability pursuant to 46 U.S.C. §§ 30501-30512 and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, for any loss of life, bodily injury, property damage and/or other loss or destruction arising out of the operation of the Vessel in the vicinity of the Wallace River and Tea Farm Creek, South Carolina on or about July 3, 2025, as is more fully described in Plaintiffs' Complaint for Exoneration from and Limitation of Liability filed on September 9, 2025, and as stated in said Complaint, Plaintiffs wish to provide a Stipulation for Value as security for the benefit of claimants, pending such due appraisement of the value of Plaintiffs' interest in said vessel, or the appropriate value of the limitation fund, as the Court may hereafter order; and,

WHEREAS, pending such due appraisement, Plaintiffs' interest in the aforementioned the Vessel is limited to its post-casualty value of Twelve Thousand Dollars ($12,000.00) as set forth in the Affidavit of Value attached hereto as Exhibit A, and Plaintiffs and their surety, GEICO Marine Insurance Company, hereby consenting and agreeing for the benefit of claimants

herein that if Judgment is awarded against Plaintiffs, then Judgment may be entered against it for an amount not exceeding the above-stated amount, and that thereupon execution therefor may issue against it and its goods, chattels and lands; and,

WHEREAS, GEICO Marine Insurance Company has directed to this Honorable Court its Letter of Undertaking attached hereto as Exhibit "A" whereby it has agreed to pay and satisfy any final decree (after all appeals, if any) entered in favor of claimants against Plaintiffs, Karl or Luca Gruber, up to and not exceeding Twelve Thousand Dollars ($12,000.00), plus interest, at the rate of six percent per annum, in connection the operation of the Vessel in the vicinity of the Wallace River and Tea Farm Creek, South Carolina on or about July 3, 2025; and

WHEREAS, GEICO Marine Insurance Company has also, through the aforementioned Letter of Undertaking agreed to give security for the costs of these proceedings that shall be levied against Karl or Luca Gruber; and

NOW, THEREFORE, the condition of the Stipulation is such that if Plaintiffs herein and their surety, GEICO Marine Insurance Company, shall abide by all Orders of the Court, interlocutory or final, and pay the amount awarded by final Judgment rendered by this Court, and by any appellate court, if an appeal shall intervene, and pay any costs levied against Karl or Luca Gruber, if any, then the Stipulation is to be void, otherwise to remain in full force and effect.

WOMBLE BOND DICKINSON (US), LLP

By: S/David M. Collins
    David M. Collins, Fed. ID No. 223
    5 Exchange Street
    P.O. Box 999
    Charleston, SC 29401
    Phone: (843) 722-3400
    Fax: (843) 723-7398

Dated: September 9, 2025     Email: David.collins@wbd-us.com
Charleston, SC     Attorneys for Plaintiffs/Petitioners