# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
AT ADMIRALTY

| | |
|---|---|
| In the Matter of the Complaint of ) <br> Karl and Luca Gruber, as Owners ) <br> of a 1988 15' Boston Whaler ) <br> Vessel (HIN # BWC3015HE888) ) <br> For Exoneration from or Limitation ) <br> of Liability ) <br> _____ ) | CIVIL ACTION NO. <br><br> AFFIDAVIT OF VALUE |

STATE OF SOUTH CAROLINA   :

COUNTY OF CHARLESTON   :

DAVID M. COLLINS, ESQUIRE, being duly sworn according to law, deposes and says he is Of Counsel with the firm of Womble Bond Dickinson (US), LLP, attorneys for the Plaintiffs named in the above captioned action; that he is authorized to make this Affidavit on behalf of Plaintiffs Karl and Luca Gruber, as the owner and owner *pro hac vice* of a 1988 15' Boston Whaler Vessel (HIN # BWC3015HE888) (the "Vessel"); that the Vessel after the incident described in the Plaintiffs' Complaint had a value of no more than $12,000 and there was no freight then pending. The valuation as set forth above is based upon information furnished by the Plaintiffs and their representatives is given by the undersigned as attorney for

WBD (US) 4935-6847-8055v1

Plaintiffs.

_____
David M. Collins

Sworn to and subscribed

before me this  8th  day

of  September, 2025.

CAROL B. CASEY
Notary Public, South Carolina
My Commission Expires
March 1, 2029

WBD (US) 4935-6847-8055v1