# EXHIBIT B

United States District Court for South Carolina
J. Waties Waring Judicial Center
Meeting Street at Broad Street
Charleston, South Carolina 29401

      RE:    1988 15' Boston Whaler Vessel (HIN # BWC3015HE888) (the "Vessel")
              Limitation Proceedings

To The Honorable Judges of the United States District Court for South Carolina:

As security in the above referenced matter now pending in the United States District Court for South Carolina, in admiralty, and captioned "In the Matter of the Complaint of Karl and Luca Gruber as the Owner of a 1988 15' Boston Whaler Vessel (HIN # BWC3015HE888) for Exoneration from or Limitation of Liability", the undersigned, as protection and indemnity underwriters for Karl and Luca Gruber, as owner and owner *pro hac vice* of the Vessel, hereby agree:

1. In the event a final decree (after all appeals, if any) is entered in favor of the claimants against the either of the Plaintiffs/Petitoners, for loss, damage, personal injury or death caused in connection with the operation of the Vessel in the vicinity of the Wallace River and Tea Farm Creek, South Carolina on or about July 3, 2025, then the undersigned agrees to pay and satisfy the final decree up to and not exceeding Twelve Thousand Dollars ($12,000.00) and interest thereon at the rate of six percent ( 6%) per annum from the date of this letter of undertaking, or any lesser amount decreed by the Court or settled between the parties without final decree being rendered.

2. This letter of undertaking shall also serve as security for costs within the meaning of Rule F(l) of the Supplemental Rules for Certain Admiralty Claims of the Federal Rules of Civil Procedure and interest thereon at the rate of six percent ( 6%) per annum from the date of the execution of this letter of undertaking.

3.  Nothing contained in paragraphs (I) or (2), herein is intended to prohibit GEICO Marine Insurance Company from filing a bond in form and sufficiency of surety satisfactory to this Court, (I) in an amount up to Twelve Thousand Dollars ($12,000.00), as security for owner's interest in the Vessel, and/or (2) for costs in an amount to be set by the Court, together with interest at the rate of 6% per annum pursuant to Rule F(l) of the Supplemental Federal Rules of Civil Procedure.

4.  In the event that the bonds referred to in paragraph (3) above are filed, then the undersigned shall have no further obligation under paragraphs (1) or (2).

5.  This agreement and undertaking shall be governed by the laws of this Court. GEICO Marine Insurance Company hereby consents to be sued on this agreement and undertaking in this Court and submits itself to the jurisdiction of this Court on this letter only and for no other purpose. Service of process in any action on this agreement and undertaking may be made on GEICO Marine Insurance Company by service at 5323 Port Royal Road, Springfield, VA 22151, U.S. Certified Mail, Return Receipt Requested. Final judgment, after all appeals, which is entered against GEICO Marine Insurance Company, shall be conclusive and may be enforced in any jurisdiction where GEICO Marine Insurance Company or its assets may be found. In any suit, on any such final judgment, after all appeals, a certified or exemplified copy of such judgment shall be conclusive evidence of the fact of the amount due under such judgment.

6.  This letter is written entirely without prejudice to any rights or defenses which the said vessel or said owner may have, none of which are to be regarded as waived.

It is understood and agreed that the execution of this letter by Kelly Parks, in her capacity as a Liability Claims Adjuster of GEICO Marine Insurance Company, shall not be construed as

binding upon Kelly Parks, personally, but is to be binding only upon GEICO Marine Insurance Company.

Very truly yours,

By: /s/ Kelly Parks
GEICO Marine Insurance Company

WBD (US) 4895-1967-4796v1

Sensitivity: Company-Internal