# EXHIBIT A

WOMBLE BOND DICKINSON (US), LLP
By: David M. Collins, Fed. ID No. 223
5 Exchange Street
P.O. Box 999
Charleston, SC  29401
Phone:  (843) 722-3400
Fax:  (843) 723-7398
Email:  David.collins@wbd-us.com

Attorneys for Plaintiffs/Petitioners

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
AT ADMIRALTY

| | |
|---|---|
| In the Matter of the Complaint of ) <br> Karl and Luca Gruber, as Owners ) <br> of a 1988 15' Boston Whaler ) <br> Vessel (HIN # BWC3015HE888) ) <br> For Exoneration from or Limitation ) <br> of Liability ) <br> _____ ) | CIVIL ACTION NO. 2:25-cv-12383-RMG |

NOTICE OF COMPLAINT (PETITION) FOR EXONERATION
FROM OR LIMITATION OF LIABILITY

Notice is given that, Karl and Luca Gruber, by their attorneys, filed a Complaint on September 9, 2025 pursuant to 46 U.S.C. §§ 30501-30512, claiming the right to exoneration from or limitation of liability for all claims arising out of the operation of the Vessel in the vicinity of the Wallace River and Tea Farm Creek, South Carolina on or about July 3, 2025.

All persons having claims arising out of the above incident must file them, under oath, as provided in Rule F of The Supplemental Rules for Certain Admiralty and Maritime Claims, with the Clerk of this Court of the United States Courthouse, 85 Broad Street, Charleston, South

Carolina 29401, and to serve on, or mail a copy to Plaintiffs/Petitioners' attorneys, David M. Collins, Womble Bond Dickinson (US), LLP, 5 Exchange Street, Charleston, South Carolina 29401.

Any claimant desiring to contest Plaintiffs/Petitioners' claims must file an answer as required by the foregoing rules and serve on, or mail a copy to, Plaintiffs/Petitioners' attorneys.

All claims and answers must be filed by October 31, 2025 or a default will be taken.

_____
United States Marshal

WBD (US) 4933-1564-0167v1