IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
AT ADMIRALTY

| | |
|---|---|
| In the Matter of the Complaint of ) <br> Karl and Luca Gruber, as Owners ) <br> Of a 1988 15' Boston Whaler ) <br> Vessell (HIN # BWC3015HE888) ) <br> For Exoneration from or Limitation ) <br> Of Liability ) <br> _____) | C/A No.: 2:25-cv-12383-RMG <br><br> **NOTICE OF APPEARANCE** |

YOU WILL HEREBY TAKE NOTICE that attorneys Douglas E. Jennings and Liam D. Duffy of the law firm of Yarborough Applegate, LLC hereby appear on behalf of Robert I. Goff, III, as Personal Representative of the Estate of Tallon Goff, and further state that each is licensed to practice law in South Carolina and are members in good standing with the South Carolina Bar. You must serve all pleadings, correspondence, notices and related matters on the undersigned as attorneys for Robert I. Goff, III.

          **YARBOROUGH APPLEGATE LLC**

          *s/Douglas E. Jennings*
          Douglas E. Jennings (Fed. ID No 11348)
          Liam D. Duffy (Fed ID No. 12249)
          291 East Bay Street, Second Floor
          Charleston, SC 29401
          843-972-0150 office
          843-277-6691 fax
          douglas@yarboroughapplegate.com
          liam@yarboroughapplegate.com

October 22, 2025
Charleston, South Carolina