UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| IN THE MATTER OF the Complaint of Karl ) <br> And Luca Gruber, as Owners of a 1988 15' ) <br> Boston Whaler Vessel (HIN BWC3015HE888) ) <br> ) <br> ) <br> For Exoneration from or Limitation of Liability ) <br> _____) | CIVIL ACTION NO: 2:25-cv-12383-RMG |

NOTICE OF APPEARANCE

COME NOW John Townsend Cooper and Albert G. Bilbrey, Jr., attorneys at the law firm of Cooper & Bilbrey, P.C., and file this Notice of Appearance as co-counsel for Claimant Robert I. Goff, III, as Personal Representative of the Estate of Tallon Goff in this matter. The undersigned attorneys request notice of all pleadings, correspondence and other notices or related matters in this case as attorneys for Claimant Robert I. Goff, III, as Personal Representative of the Estate of Tallon Goff.

**RESPECTFULLY SUBMITTED:**

COOPER & BILBREY, P.C.

By: s/ John Townsend Cooper
JOHN TOWNSEND COOPER, ESQUIRE
 Federal Court ID 10172
 South Carolina Bar 76087
 jtc@jhcooper.com
ALBERT G. BILBREY, JR, ESQUIRE
 Federal Court ID 12938
 South Carolina Bar 103799
 aj@jhcooper.com
PO BOX 22513
Charleston, SC 29413
O 843-883-9099; F 843-883-9335
*Attorneys for Claimant*
*Robert I. Goff, III as PR of the Estate of Tallon Goff*

October 27, 2025
Charleston, South Carolina