UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| IN THE MATTER OF the Complaint of Karl And Luca Gruber, as Owners of a 1988 15' Boston Whaler Vessel (HIN BWC3015HE888) ) ) ) ) ) For Exoneration from or Limitation of Liability ) ) | CIVIL ACTION NO: 2:25-cv-12383-RMG |

<u>CLAIMANT ROBERT GOFF, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF TALLON GOFF'S ANSWERS TO LOCAL CIVIL RULE 26.01 INTERROGATORIES</u>

COMES NOW Claimant Robert Goff, as Personal Representative of the Estate of Tallon Goff in the above captioned action, and, answering the Local Rule 26.01 Interrogatories, shows this Honorable Court as follows:

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**None known at this time.**

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**Non-jury. This is an admiralty case within the meaning of Rule 9(h) of the Fed. R. Civ. P.**

(C) State whether the party submitting these responses is a publicly owned company and separately identify. (1) each publicly owned company which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**The party submitting these responses is not a publicly owned company.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**The facts giving rise to this claim occurred within Charleston County, South Carolina.**

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide. (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**Claimant is not aware of any related matter filed in this District.**

(*Signatures on Following Page*)

**RESPECTFULLY SUBMITTED BY:**

**YARBOROUGH APPLEGATE LLC**

Douglas E. Jennings (SC Bar #100137)
Federal Court ID No. 11348
Liam D. Duffy (SC Bar #102234)
Federal Court ID No. 12249
291 East Bay Street, Second Floor
Charleston, South Carolina 29401
843-972-0150 office
843-277-6691 fax
douglas@yarboroughapplegate.com
liam@yarboroughapplegate.com

*-and-*

**COOPER & BILBREY, P.C**.

      By: s/John Townsend Cooper
JOHN TOWNSEND COOPER, ESQUIRE
    Federal Court ID 10172
    South Carolina Bar 76087
    jtc@jhcooper.com
ALBERT G. BILBREY, JR., ESQUIRE
    Federal Court ID 12938
    South Carolina Bar 103799
    aj@jhcooper.com
PO BOX 22513
Charleston, SC 29413
O 843-883-9099; F 843-883-9335
*Attorneys for Claimant,*
*Robert Goff, as Personal Representative of the Estate of Tallon Goff*

November 24, 2025
Charleston, South Carolina