# AFFIDAVIT OF PUBLICATION

## The Post and Courier

State of South Carolina

County of Charleston

Personally appeared before me the undersigned advertising clerk of the above indicated newspaper published in the city of Charleston, county and state aforesaid, who, being duly sworn, says that the advertisement of appeared in the issues of said newspaper Post and Courier on the following day(s):
10/25/25, 11/01/25, 11/08/25, 11/15/25

NOV 17 2025

Subscribed and sworn to before me this:

17th day of November, 2025

_____
Advertising Clerk

_____
NOTARY PUBLIC, SC
My commission expires

[Notary Seal: JENNIFER NAPIER, MY COMM. EXP. 11/07/2032, NOTARY PUBLIC, SOUTH CAROLINA]

---

WOMBLE BOND DICKINSON (US), LLP
By: David M. Collins,
Fed. ID No. 223
5 Exchange Street
P.O. Box 999
Charleston, SC 29401
Phone: (843) 722-3400
Fax: (843) 723-7398
Email: David.collins@wbd-us.com
Attorneys for Plaintiffs/Petitioners

IN THE
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
AT ADMIRALTY

CIVIL ACTION NO. 2:25-cv-12383-RMG

In the Matter of the Complaint of Karl and Luca Gruber, as Owners of a 1988 15' Boston Whaler Vessel (HIN # BWC3015HE888) For Exoneration from or Limitation of Liability

(AMENDED) NOTICE OF COMPLAINT (PETITION) FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Notice is given that, Karl and Luca Gruber, by their attorneys, filed a Complaint on September 9, 2025 pursuant to 46 U.S.C. §§ 30501-30512, claiming the right to exoneration from or limitation of liability for all claims arising out of the operation of the Vessel in the vicinity of the Wallace River and Tea Farm Creek, South Carolina on or about July 3, 2025.

All persons having claims arising out of the above incident must file them, under oath, as provided in Rule F of The Supplemental Rules for Certain Admiralty and Maritime Claims, with the Clerk of this Court of the United States Courthouse, 85 Broad Street, Charleston, South Carolina 29401, and to serve on, or mail a copy to Plaintiffs/Petitioners' attorneys, David M. Collins, Womble Bond Dickinson (US), LLP, 5 Exchange Street, Charleston, South Carolina 29401.

Any claimant desiring to contest Plaintiffs/Petitioners' claims must file an answer as required by the foregoing rules and serve on, or mail a copy to, Plaintiffs/Petitioners' attorneys.

All claims and answers must be filed by November 28, 2025 or a default will be taken.

s/Robin L. Blume,
Clerk of Court
s/S. Shealy,
Deputy Clerk of Court

October 23, 2025
AD # 2102441