IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| In the Matter of the Complaint of | ) | CIVIL ACTION NO. 2:25-cv-12383-RMG |
| Karl and Luca Gruber, as Owners | ) | |
| of a 1988 15' Boston Whaler | ) | |
| Vessel (HIN # BWC3015HE888) | ) | |
| For Exoneration from or Limitation | ) | PETITION FOR APPROVAL OF |
| of Liability | ) | SETTLEMENT OF WRONGFUL DEATH |
| | ) | AND SURVIVAL CLAIMS |

COMES NOW Robert Goff, the duly appointed Personal Representative of the Estate of Tallon Goff ("Claimant"), and petitions the Court pursuant to S. C. Code Ann. §15-51-42 for approval of the settlement of a wrongful death and survival action, and would show unto this Honorable Court as follows:

1.      The Personal Representative has reached a proposed settlement with Petitioners, Karl Gruber and Luca Gruber (the "Grubers") for wrongful death and survival as set forth in this Petition.

2.      Tallon Goff (the "Decedent") was a guest aboard a 1988 15 foot Boston Whaler (the "Vessel") and died when the Vessel, operated by Luca Gruber, passed under the Highway 17 Bridges at Tea Farm Creek on July 3, 2026 near Ravenel in Charleston County, South Carolina (the "Incident").

3.      The Grubers filed this action petitioning the Court for limitation of or exoneration from liability related to the Incident pursuant to 46 U.S.C. §§ 30501 - 30512, and Claimant filed an Answer and Claim pursuant to Rule F(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions under the General Maritime Law seeking damages under the South Carolina Wrongful Death statute, S.C. Code §§ 15-51-10, et seq. and for Survival under

1

S.C. Code §§ 15-5-90, et seq. for the death of Tallon Goff, who was at the time of his death a non-seaman in territorial waters.

4. The Grubers and the Vessel were insured for claims such as that presented by the Claimant in the amount of $100,000.00 as provided in the Geico marine insurance policy on the Vessel.

5. At mediation of this matter, the parties reached an agreement for settlement of all claims related to the Incident which they believe are reasonable under the circumstances given the limits of available insurance coverage and questions regarding liability and the potential for collectability of any judgment. The terms of the proposed settlement include the payment of $650,000.00 to the Estate of Tallon Goff for the survival and wrongful death actions.

6. The Decedent had no Will, was not married, and had no issue. His sole heirs at law pursuant to S.C. Code § 62-2-103 are his parents, Kathryn Goff and Robert Goff. His parents are also the statutory wrongful death beneficiaries pursuant to S.C. Code § 15-51-20.

7. All creditors of the Estate have been paid in full prior to the filing of the within Petition.

8. Petitioner retained attorneys at the firms of Yarborough Applegate, LLC and Cooper & Bilbrey, P.C. ("Claimant's Attorneys") to represent the Estate in this matter. The Claimant and Claimant's Attorneys entered into a contingent fee agreement for attorneys' fees in the amount of 40% of the proceeds of any settlement or collected verdict in this matter. The attorneys' fees total $260,000.00 and the costs of this action disbursed by Claimant's Attorneys total $3,102.16, as are set forth on **Exhibit A** attached hereto.

9. The Petitioner believes that the settlement is fair and reasonable under the circumstances and in the best interest of the Estate and the statutory beneficiaries.

WHEREFORE, the duly authorized Personal Representative of the Estate of Tallon Goff petitions this Court as follows:

1.      to approve the settlement with the Grubers in the amount of $650,000.00 payable to the Estate of Tallon Goff for the survival and wrongful death action, as set forth in this Petition;

2.      to relieve and discharge the Grubers from further liability and all obligations or legal duties to see to the appropriate or proper distribution of the settlement proceeds in accordance with S.C. Code Ann. §15-51-42(E);

3.      for an Order providing that, upon payment to the Personal Representative, the obligations of the Grubers and all those who could be responsible for the actions of the Grubers are fully and completely released and finally and forever discharged from any further responsibility in connection with the death of Tallon Goff;

4.      for an order that attorneys' fees and disbursements as set forth in **Exhibit A** be approved and that the settlement proceeds be distributed as set forth on **Exhibit A**; and

5.      for such other and further relief as this Honorable Court deems appropriate.

*(**Signatures on Following Pages**)*

**RESPECTFULLY SUBMITTED BY:**

**YARBOROUGH APPLEGATE LLC**

Douglas E. Jennings (SC Bar #100137)
Federal Court ID No. 11348
Liam D. Duffy (SC Bar #102234)
Federal Court ID No. 12249
291 East Bay Street, Second Floor
Charleston, South Carolina 29401
843-972-0150 office
843-277-6691 fax
douglas@yarboroughapplegate.com
liam@yarboroughapplegate.com

**-and-**

**COOPER & BILBREY, P.C.**

By: s/ John Townsend Cooper
 JOHN TOWNSEND COOPER, ESQUIRE
        Federal Court ID 10172
        South Carolina Bar 76087
        jtc@jhcooper.com
ALBERT G. BILBREY, JR, ESQUIRE
        Federal Court ID 12938
        South Carolina Bar 103799
        aj@jhcooper.com
 PO BOX 22513
 Charleston, SC 29413
 O 843-883-9099; F 843-883-9335
*Attorneys for Claimant*
*Robert I. Goff, III as PR of the Estate of Tallon Goff*

June 5, 2026
Charleston, South Carolina

**WE CONSENT:**

**WOMBLE BOND DICKINSON (US), LLP**


By: s/ David M. Collins_____
    David M. Collins, Fed. ID No. 223
    5 Exchange Street
    P.O. Box 999
    Charleston, SC  29401
    Phone:  (843) 722-3400
    Fax:  (843) 723-7398
    Email:  David.collins@wbd-us.com

Attorneys for Plaintiffs/Petitioners

**-and-**

**RALEY & RALEY, PC**

Charles H. Raley, Jr.
9100 White Bluff Rd
Ste 304
Savannah, GA 31406
912-925-9991
charles@raleylawfirm.com


Attorneys for Plaintiffs/Petitioners


June 5, 2026
Charleston, South Carolina

5

EXHIBIT "A"

| | |
|---|---|
| Total Settlement Funds: | $650,000.00 |
| Less Fees to Yarborough Applegate, LLC: | - 130,000.00 |
| Less Attorneys' Fees to Cooper & Bilbrey, PC: | - 130,000.00 |
| Client's Portion Before Costs: | $390,000.00 |
| Less Cost disbursements: | - $ 3,102.16 |
| **Total to Client after costs and fees:** | **$386,897.84** |