IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| In the Matter of the Complaint of | ) | CIVIL ACTION NO. 2:25-cv-12383-RMG |
| Karl and Luca Gruber, as Owners | ) | |
| of a 1988 15' Boston Whaler | ) | |
| Vessel (HIN # BWC3015HF888) | ) | |
| For Exoneration from or Limitation | ) | VERIFICATION |
| of Liability | ) | |
| _____ | ) | |

PERSONALLY APPEARED Robert Goff, who deposes and says as follows under penalty of perjury:

a)    My name is Robert Goff, I am a citizen and resident of the State of South Carolina. I am over 18 years of age, and I am of sound mind.

b)    I am the Personal Representative of the Estate of Tallon Goff.

c)    I have read the Petition for Settlement Approval of Wrongful Death and Survival Claims and know the contents thereof and the same are true to the best of my knowledge, except as to the matters therein stated to be on information and belief, and as to those matters I believe them to be true.

d)    The sources of my information and the grounds of my belief are my personal knowledge and documents in my possession.

e)    I, Robert Goff, as the Personal Representative of the Estate of Tallon Goff, hereby declare under penalty of perjury that the foregoing is true and correct.

_____          6-9-2026
Robert Goff                                              Date
As Personal Representative of the Estate of Tallon Goff

6