IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| In the Matter of the Complaint of | ) | CIVIL ACTION NO. 2:25-cv-12383-RMG |
| Karl and Luca Gruber, as Owners | ) | |
| of a 1988 15' Boston Whaler | ) | |
| Vessel (HIN # BWC3015HE888) | ) | |
| For Exoneration from or Limitation | ) | CERTIFICATION OF ATTORNEY |
| of Liability | ) | |
| _____ | ) | |

I, John Townsend Cooper, attorney for Robert Goff as Personal Representative of the

Estate of Tallon Goff, hereby certify as follows:

1.  I have read the Petition to Approve Settlement for Wrongful Death and Survival.

2.  Based upon all of the circumstances of this case, I am of the opinion that the proposed

    settlement is fair and reasonable and in the best interest of the statutory wrongful death

    beneficiaries and the Estate of Tallon Goff.

**(*Signature on Following Page*)**

**RESPECTFULLY SUBMITTED BY:**

**COOPER & BILBREY, P.C.**

By: s/ John Townsend Cooper
 JOHN TOWNSEND COOPER, ESQUIRE
      Federal Court ID 10172
      South Carolina Bar 76087
      jtc@jhcooper.com
 ALBERT G. BILBREY, JR, ESQUIRE
      Federal Court ID 12938
      South Carolina Bar 103799
      aj@jhcooper.com
 PO BOX 22513
 Charleston, SC 29413
 O 843-883-9099; F 843-883-9335
*Attorneys for Claimant*
*Robert I. Goff, III as PR of the Estate of Tallon Goff*

June 5, 2026
Charleston, South Carolina

2