IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| In the Matter of the Complaint of | ) | CIVIL ACTION NO. 2:25-cv-12383-RMG |
| Karl and Luca Gruber, as Owners | ) | |
| of a 1988 15' Boston Whaler | ) | |
| Vessel (HIN # BWC3015HE888) | ) | |
| For Exoneration from or Limitation | ) | ORDER APPROVING SETTLEMENT |
| of Liability | ) | |
| _____ | ) | |

NOW BEFORE THE COURT is Claimant Robert Goff, as Personal Representative of the Estate of Tallon Goff's Petition, pursuant to S. C. Code Ann. §15-51-42, for approval of the settlement of a claim in this matter for wrongful death and survival.

The Court has reviewed the Petition to Approve Settlement for Wrongful Death and Survival and finds that the settlement tendered by Karl Gruber and Luca Gruber in the amount of $650,000.00 is fair and reasonable, and in the best interest of the Estate of Tallon Goff and the wrongful death beneficiaries.

NOW, THEREFORE, IT IS

ORDERED that the settlement by the Estate of Tallon Goff with Karl Gruber and Luca Gruber in the total amount of $650,000.00 payable to the Estate of Tallon Goff as set forth in the Petition to Approve Settlement for Wrongful Death and Survival is hereby approved; and

IT IS FURTHER ORDERED that Personal Representative Robert Goff is hereby authorized and directed to consummate the said settlement for and on behalf of the referenced Estate and any statutory wrongful death beneficiary, and to execute a full, final and complete release and discharge of Karl Gruber and Luca Gruber and other responsible persons or entities in consideration of the payment of the sum set forth above; and

IT IS FURTHER ORDERED that payment of the settlement funds by or on behalf of Karl Gruber and Luca Gruber shall relieve and discharge Karl Gruber and Luca Gruber. from further liability and all obligations or legal duties to see to the appropriate or proper distribution of the settlement proceeds in accordance with S. C. Code Ann. §15-51-42(E); and

IT IS FURTHER ORDERED that, upon payment as aforesaid to the Personal Representative, the obligations of Karl Gruber and Luca Gruber and all those who could be responsible are fully and completely released and finally and forever discharged from any further responsibility in connection with the death of Tallon Goff;

IT IS FURTHER ORDERED that attorney fees, costs, and other disbursements as set forth on **Exhibit A** attached to the Petition are approved and that the Personal Representative be and is hereby authorized and directed to make disbursements in accordance with **Exhibit A** attached to the Petition and incorporated herein by reference; and

IT IS SO ORDERED, ADJUDGED AND DECREED this _____ day of _____, 2026, at Charleston, South Carolina.

_____
HONORABLE RICHARD M. GERGEL
UNITED STATES DISTRICT JUDGE

2